UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND : 20-CV-2279 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND et al., : ORDER
:
               Petitioners, :
:
and :
:
SKYECO GROUP LLC, :
:
               Respondent. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 13, 2020, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **March 30, 2020**. Respondent's opposition, if any, is due on **April 13, 2020**. Petitioners' reply, if any, is due **April 20, 2020**. Among other things, the parties should address whether venue is proper in the Southern District in their opposition and reply papers.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **March 30, 2020**, and shall file an affidavit of such service with the court no later than **March 31, 2020**.

      SO ORDERED.

Dated: March 16, 2020
       New York, New York

                                                  JESSE M. FURMAN
                                                United States District Judge