UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

                                               Petitioners,

                -against-

SKYECO GROUP LLC,

                                               Respondent.

20 CV 2279 (JMF)

**JUDGMENT**

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Awarding Petitioners $709,128.17 pursuant to the February 6, 2020 arbitration award (the "Award") plus interest from the date of the Award through the date of judgment to accrue at the annual rate of 6.75% pursuant to the Award;

2. Awarding Petitioners $70 in costs arising out of the proceeding;

3. Awarding Petitioners $853 in attorneys' fees arising out of the proceeding; and

4. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
    April 14, 2020

By: _____
U.S.D.J.
Hon. Jesse M. Furman

The Clerk of Court is directed to close the case.